# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN SHAFFERN and ASHLEY SHAFFERN,<br><br>    Plaintiffs,<br><br>        v.<br><br>MATTHEW SOWCIK and LORI SOWCIK,<br><br>    Defendants. | NO. 3:17-CV-1974<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 2nd day of November, 2017, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within twenty-one (21) days from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge